UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| KEVIN TATE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. : 2:15-CV-126-RLJ-MCLC |
| | ) | |
| DERRICK SCHOFIELD, JASON | ) | |
| WOODALL, TONY PARKER, GERALD | ) | |
| MCALLISTER and BENNY TOWNSEND, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM and ORDER

On February 10, 2016, the Court entered an order in this pro se prisoner's civil rights case, 42 U.S.C. § 1983, allowing Plaintiff twenty (20) days to amend his complaint to state a claim entitling him to relief and cautioning him that his failure to amend would lead to the dismissal of his case [Doc. 7]. That time has now passed, and Plaintiff has failed to amend the complaint or otherwise respond to the order.

Accordingly, this case is **DISMISSED** for want of prosecution. *See* Fed. R. Civ. P. 41(b). In addition, this Court has carefully reviewed this case pursuant to 28 U.S.C. § 1915(a)(3) and **CERTIFIES** that any appeal from this dismissal would not be taken in good faith.

**AN APPROPRIATE ORDER WILL ENTER.**

ENTER:

s/ Leon Jordan
United States District Judge